NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30239
24-MAY-2011
09:23 AM**

NO. 30239

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JANE DOE, Plaintiff-Appellant/Cross Appellee, v.
JOHN DOE, Defendant-Appellee/Cross-Appellant


APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 06-1-007K)


ORDER OF CORRECTION
(By: Leonard, J., for the court[1/])

IT IS HEREBY ORDERED that the Memorandum Opinion of the court filed on May 19, 2011, is corrected by replacing "circuit court" with "Family Court" in the first sentence of Section D on page 14.

The Clerk of the Court is directed to incorporate the foregoing change in the original opinion.

DATED: Honolulu, Hawai'i, May 24, 2011.

FOR THE COURT:

Associate Judge

---

[1/]   Fujise, Presiding Judge, Leonard and Ginoza, JJ.